IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2014 AUG 29  PM 4: 54

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
　　　　　DEPUTY

| | | |
|---|---|---|
| BANDSPEED, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-433-LY |
| | § | |
| BROADCOM CORPORATION, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On August 29, 2014, the parties

filed a Joint Motion for Dismissal without Prejudice of Claims by Bandspeed, Inc. and

Counterclaims by Broadcom Corporation (Doc. #22), which the court granted by separate

order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule

of Civil Procedure 58.

　　　**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

　　　SIGNED this ___29th___ day of August, 2014.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE